## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**GARY DANIEL RODGERS, JR. (#700016)**      **CIVIL ACTION NO.**

**VERSUS**      **21-233-JWD-SDJ**

**JOHN BEL EDWARDS, ET AL.**

## **OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated May 19, 2022, (Doc. 12), to which an objection was filed and considered, (Doc. 14);

**IT IS ORDERED** that all of Plaintiff's claims are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e) and 1915A for failure to state a claim and as legally frivolous with the exception of Plaintiff's claim for monetary damages for failure to intervene against Unknown Dornier in his individual capacity.

Signed in Baton Rouge, Louisiana, on <u>June 6, 2022</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**