UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**GARY DANIEL RODGERS, JR. (#700016)**  CIVIL ACTION

**VERSUS**  NO. 21-233-JWD-SDJ

**JOHN BEL EDWARDS, ET AL.**

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated December 18, 2023 (Doc. 98), to which an objection was filed and considered (Doc. 99);

**IT IS ORDERED** the Motion for Summary Judgment (Doc. 47) filed by Plaintiff Gary Daniel Rodgers, Jr., is **DENIED.**

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (Doc. 83) filed by the sole remaining Defendant Unknown Dornier is **GRANTED** and that the remaining claim is **DISMISSED WITH PREJUDICE**.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on December 28, 2023.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**